No. 120.   CHANDLER ET AL. *v.* BOARD OF PUBLIC EDU-CATION FOR THE CITY OF SAVANNAH ET AL.   Motion to dispense with printing the petition granted.   Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.   *Aaron Kravitch* for petitioners.

No. 170.   MOSLEY *v.* CIA MAR ADRA, S. A., ET AL.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.   *Edward J. Behrens, Charles H. Lawson* and *Charles A. Ellis* for petitioner.   *Victor S. Cichanowicz* for Cia Mar Adra, S. A., and *Edmund F. Lamb* for Lipsett Steel Products, Inc., respondents.

No. 214.   STATE FARM MUTUAL AUTOMOBILE INSUR-ANCE CO. *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.   *Russell H. Matthias* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States.

No. 227.   CORALLO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   MR. JUSTICE WHITE took no part in the consideration or decision of this petition.   *Michael P. Direnzo* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 12, Misc.   O'NEILL *v.* RUNDLE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.   Petitioner *pro se.   Arlen Specter* for respondent.